**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| APPLIED MEDICAL TECHNOLOGY, INC. and KIRN MEDICAL DESIGN, LLC<br><br>Plaintiffs,<br><br>v.<br><br>CORPAK MEDSYSTEMS, INC. and AVANOS MEDICAL, INC.<br><br>Defendants. | Case No. 1:18-cv-00324-CFC |

## STIPULATION OF DISMISSAL

Plaintiff Applied Medical Technology, Inc. and Kirn Medical Design, LLC ("Plaintiffs") and Defendants Corpak MedSystems, Inc. and Avanos Medical, Inc. ("Defendants") (collectively, the "Parties"), having amicably resolved their differences pursuant to a Settlement Agreement dated May 30, 2019, hereby jointly stipulate and agree to the dismissal of all claims in this action with prejudice, each party to bear its own costs and attorneys' fees.

| | |
|---|---|
| **BARNES & THORNBURG LLP** | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP** |
| /s/ *Chad S.C. Stover*<br>Chad S.C. Stover (No. 4919)<br>1000 N. West Street, Suite 1500<br>Wilmington, DE 19801<br>Tel: (302) 300-3474<br>Fax: (302) 300-3456<br>E-mail: chad.stover@btlaw.com | /s/ *Rodger D. Smith II*<br>Rodger D. Smith II (No. 3778)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>Tel: (302) 351-9205<br>Email: rdsefiling@mnat.com |

| | |
|---|---|
| Michael P. Padden<br>Gregory M. York<br>Christopher T. Meta<br>PEARNE & GORDON LLP<br>1801 East 9th Street, Suite 1200<br>Cleveland, OH  44114<br>Tel:  (216) 579-1700<br>Email: mpadden@pearne.com<br>Email: gyork@pearne.com<br>Email: cmeta@pearne.com<br><br>*Attorneys for Applied Medical Technology, Inc. and Kirn Medical Design, LLC* | Richard M. McDermott<br>MCDERMOTT PLLC<br>1800 Camden Road, Suite 107-278<br>Charlotte NC 28203<br>Tel:  (704) 904-4331<br><br>Darlena H. Subashi<br>Christopher C. Ziegler<br>ALSTON & BIRD LLP<br>555 Fayetteville Street, Suite 600<br>Raleigh, NC 27601<br>Tel:  (919) 862-2200<br><br>*Attorneys for Corpak Medsystems, Inc.* |

Dated:  June 28, 2019